## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

**ROSALEE M. WISE,**

    **Plaintiff,**

v.                                                               Case No.:  2:15-cv-2869
                                                                     JUDGE GEORGE C. SMITH
                                                                     Magistrate Judge Kemp

**COMMISSIONER OF SOCIAL SECURITY,**

    **Defendant.**

## ORDER

      This case is before the Court to consider the *Report and Recommendation* issued by the Magistrate Judge on February 1, 2017.  The time for filing objections has passed, and no objections have been filed to the *Report and Recommendation*.  Therefore, the Court **ADOPTS** the *Report and Recommendation*.  The Commissioner's Motion to Remand is **DENIED**.  Plaintiff's Statement of Errors is hereby **SUSTAINED** and this case is remanded to the Commissioner for an immediate award of benefits consistent with the Social Security Act, 42 U.S.C. § 301, *et seq*.

      The Clerk shall remove Documents 22 and 24 from the Court's pending motions list and enter final judgment in favor of Plaintiff.

        **IT IS SO ORDERED.**

                                                           */s/ George C. Smith*
                                                           **GEORGE C. SMITH, JUDGE**
                                                           **UNITED STATES DISTRICT COURT**